IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN OSCAR VASQUEZ-GUERERRO,<br><br>  Plaintiff,<br><br>  vs.<br><br>DON KING, Officer in Charge, Fresno Sub Office, Bureau of Citizenship and Immigration Services, Department of Homeland Security,<br><br>  Defendant.<br>_____/ | CASE NO. CV F 05-0474 AWI LJO<br><br>**ORDER TO: (1) VACATE SCHEDULING CONFERENCE; AND (2) SIGN AND RETURN MAGISTRATE JUDGE CONSENT FORM** |

In this action seeking this Court's review of plaintiff Joaquin Oscar Vasquez-Guerrero's application for naturalization, the parties' counsel indicated that this action may be determined by cross motions for summary judgment. Defense counsel also indicated that defendant Don King consents to the conduct of all further proceedings before a United States Magistrate Judge.

On the basis of good cause, this Court:

1. VACATES the August 1, 2005 scheduling conference;

2. ORDERS the parties' counsel to file their stipulation with dates to file and serve their respective summary judgment papers and opposition papers, and reply papers, if desired. This Court will consider the parties' motions on the record and without a hearing, unless this Court by further order sets a hearing;

3. ORDERS defense counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm, and, no later than August 5, 2005, to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116,

1   Fresno, CA 93721-2201.  Plaintiff's counsel has filed a consent form.

2   IT IS SO ORDERED.

3   **Dated:     July 26, 2005**                    **/s/ Lawrence J. O'Neill**
    66h44d                                         UNITED STATES MAGISTRATE JUDGE