McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joaquin Oscar Vasquez-Guerrero, | No. 05-CV-F-474 |
| Petitioner, | JOINT STIPULATION AND ORDER |
| v. | |
| Don Riding, Officer in Charge, Fresno Sub Office, Bureau of Citizenship and Immigration Services, Department of Homeland Security, | |
| Respondent. | |

Petitioner and Respondent hereby stipulate to the following briefing schedule in the above-captioned case.

    1.    Respondent's motion for summary judgment will be filed by September 15, 2005.

    2.    Petitioner's response and any cross-motion will be filed by September 30, 2005.

The parties stipulate that at this time, no further briefing or hearings should be necessary for the resolution of the case.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>McGREGOR W. SCOTT<br>United States Attorney |
| Dated: July 26, 2005 | By:  /s/ Audrey B. Hemesath<br>Audrey B. Hemesath<br>Assistant United States Attorney |
| Dated: July 26, 2005 | /s/ Jonathan D. Montag<br>Montag & Nadalin<br>P.O. Box 124801<br>San Diego, CA 92112 |

## ORDER

Good cause appearing therefore, Respondent shall file its Motion for Summary Judgment by September 15, 2005, and Petitioner's response and any motion shall be filed by September 30, 2005.

IT IS SO ORDERED.

**Dated:   August 2, 2005**                    /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE

-2-