IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN OSCAR VASQUEZ-GUERRERO, | CASE NO. CV-F-05-0474 AWI LJO |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| DON KING, et al., | |
| Defendants. / | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  The new case number shall be **CV-F-05-0474 LJO**.  All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:   August 5, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE